# GROUP EXHIBIT 1

Int. Cl.: 14

Prior U.S. Cl.: 27

Reg. No. 1,399,344

**United States Patent and Trademark Office** Registered July 1, 1986

## TRADEMARK
### PRINCIPAL REGISTER

### G-SHOCK

CASIO KEISANKI KABUSHIKI KAISHA (JAPAN CORPORATION), DBA CASIO COMPUTER CO., LTD.
6-1, 2-CHOME, NISHI SHINJUKU, SHINJUKU-KU
TOKYO, JAPAN

FOR: ELECTRONIC WATCHES, IN CLASS 14 (U.S. CL. 27).

FIRST USE 4-0-1983; IN COMMERCE 4-0-1983.

SER. NO. 565,394, FILED 10-28-1985.

MARK TRAPHAGEN, EXAMINING ATTORNEY

# United States of America
### United States Patent and Trademark Office

# G-SHOCK

**Reg. No. 4,956,583**
**Registered May 10, 2016**
**Int. Cls.: 9 and 14**

**TRADEMARK**
**PRINCIPAL REGISTER**



*Michelle K. Lee*
Director of the United States
Patent and Trademark Office

CASIO KEISANKI KABUSHIKI KAISHA (JAPAN CORPORATION), DBA CASIO COMPUTER CO., LTD.,
6-2, HON-MACHI 1-CHOME
SHIBUYA-KU, TOKYO, JAPAN

FOR: REMOTE CONTROLS FOR MONITORING AND OPERATING A COMPUTER, MOBILE TELEPHONE, MOBILE DEVICE OR OTHER RADIO-CONTROLLED DEVICE; OPERATING SOFTWARE FOR WIRELESS TELECOMMUNICATIONS DEVICES; SOFTWARE FOR USE IN EXCHANGING MESSAGES AND DATA BETWEEN A TIMEPIECE, WRIST WATCH OR WEARABLE DEVICE AND A COMPUTER, MOBILE TELEPHONE, MOBILE DEVICE OR OTHER ELECTRONIC APPARATUS; SOFTWARE FOR MONITORING AND CONTROLLING A COMPUTER, MOBILE TELEPHONE, MOBILE DEVICE OR OTHER ELECTRONIC APPARATUS FROM A TIMEPIECE, WRIST WATCH OR WEARABLE DEVICE; SOFTWARE FOR MONITORING AND CONTROLLING A TIMEPIECE, WRIST WATCH OR WEARABLE DEVICE FROM A COMPUTER, MOBILE TELEPHONE, MOBILE DEVICE OR OTHER ELECTRONIC APPARATUS; SOFTWARE FOR USE IN SENSING PROXIMITY AND TRANSMITTING LOCATION NOTIFICATIONS BETWEEN A TIMEPIECE, WRIST WATCH OR WEARABLE DEVICE AND A COMPUTER, MOBILE TELEPHONE, MOBILE DEVICE OR OTHER ELECTRONIC APPARATUS; SOFTWARE FOR CONTROLLING MUSIC OR MEDIA FUNCTIONS ON A COMPUTER, MOBILE TELEPHONE, MOBILE DEVICE OR OTHER ELECTRONIC APPARATUS FROM A TIMEPIECE, WRIST WATCH OR WEARABLE DEVICE; SOFTWARE FOR SENDING, RECEIVING AND CONTROLLING CALL, EMAIL, EVENT, CALENDAR OR ACTIVITY MESSAGING AND ALERTS BETWEEN A TIMEPIECE, WRIST WATCH OR WEARABLE DEVICE AND A COMPUTER, MOBILE TELEPHONE, MOBILE DEVICE OR OTHER ELECTRONIC APPARATUS; MONITORS FOR COMPUTERS; COMPUTERS; DIGITAL VERSATILE DISC PLAYERS; APPARATUS FOR RECORDING, TRANSMISSION OR REPRODUCTION OF SOUND OR IMAGES; TABLET COMPUTERS; WEARABLE COMPUTERS; WRISTBANDS SPECIALLY DESIGNED FOR ATTACHMENT TO PORTABLE DIGITAL ELECTRONIC MEDIA PLAYERS, SOLD AS A UNIT THEREWITH, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-0-1983; IN COMMERCE 12-0-1985.

FOR: TIMEPIECES; ELECTRONIC WATCHES; PARTS AND FITTINGS OF ELECTRONIC WATCHES; TIMEPIECES AND WRIST WATCHES HAVING FUNCTIONS FOR TRANSMITTING, RECEIVING AND DISPLAYING MESSAGES, ACTIVITY NOTIFICATIONS, ALERTS, CONTROL SIGNALS AND DATA WITH A COMPUTER, MOBILE TELEPHONE, MOBILE

**Reg. No. 4,956,583** DEVICE OR OTHER ELECTRONIC APPARATUS; AUTONOMOUS RADIO CONTROLLED WATCHES; ELECTRONIC WATCHES HAVING BUILT-IN COMPASSES, BAROMETERS, ALTIMETERS AND THERMOMETERS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 4-0-1983; IN COMMERCE 4-0-1983.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,399,344 AND 3,794,113.

SN 86-352,166, FILED 7-30-2014.

NANCY CLARKE, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# G-SHOCK

**Reg. No. 5,517,268**
**Registered Jul. 17, 2018**
**Int. Cl.: 9**
**Trademark**
**Principal Register**

Casio Keisanki Kabushiki Kaisha (JAPAN CORPORATION), DBA Casio Computer Co., Ltd.
6-2, Hon-machi 1-chome
Shibuya-ku, Tokyo, JAPAN

CLASS 9: Smart watches; smartwatches, namely, wrist watches having a function of transmitting and receiving data to and from an electronic personal organizer, mobile phones and a personal computer; autonomous radio controlled smartwatches; smartwatches, namely, watches having a function of transmitting and receiving data; smartwatches having a GPS function; batteries; battery chargers; charging cables; adapters; earphones and headphones; downloadable mobile applications and software for processing, reviewing and editing data from smart watches and mobile devices featuring global positioning systems, compasses, barometers, altimeters and thermometers; wearable computers, digital electronic communication devices and computer peripheral devices; smartwatches, namely, wearable communication devices in the form of wristwatches; wearable smartphones; computer software and application software for wireless content delivery; computer game software; computer operating software; computer software and application software for data communications; computer software and application software for processing digital music files; computer software and application software for controlling the operation of audio and video devices; computer software and application software for using the internet; computer hardware; mobile and wearable digital electronic devices, namely, portable wrist-mounted digital electronic device for audio recording and audio playback, portable and handheld digital electronic devices for recording, organizing, transmitting, manipulating, and reviewing text, data, image, and audio files; apparatus for recording, transmission or reproduction of sound or images

FIRST USE 3-00-2012; IN COMMERCE 12-00-2012

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4956583, 1399344

SER. NO. 87-582,501, FILED 08-24-2017



*Director of the United States Patent and Trademark Office*

# United States of America
## United States Patent and Trademark Office

# G-SHOCK

**Reg. No. 6,187,175**
**Registered Nov. 03, 2020**
**Int. Cl.: 9**
**Trademark**
**Principal Register**

Casio Keisanki Kabushiki Kaisha (Casio Computer Co., Ltd.) (JAPAN CORPORATION)
6-2, Hon-machi 1-chome,
Shibuya-ku
Tokyo, JAPAN 151-8543

CLASS 9: Chargers, namely, charging appliances for rechargeable equipment; downloadable and recorded computer software programs for processing, reviewing and editing data from smart watches and mobile devices featuring global positioning systems, compasses, barometers, altimeters, pedometers, heart rate meters, accelerometers and thermometers; downloadable and recorded computer application software for data exchange between computers, smartphones and other electronic apparatus and instruments; personal digital assistants in the shape of a watch; smart watches; Smart watches, namely, wrist watches having a function of transmitting and receiving data to and from an electronic personal organizer, mobile phones and a personal computer; Smart watches, namely, watches having a function of transmitting and receiving data; Smart watches, namely, watches having a GPS function; battery chargers; electrical adapters; earphones and headphones; downloadable mobile applications and software for processing, reviewing and editing data from smart watches and mobile devices featuring data from global positioning systems, compasses, barometers, altimeters and thermometers

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF INTERNATIONAL REGISTRATION 1438819 DATED 09-13-2018, EXPIRES 09-13-2028

SER. NO. 79-269,444, FILED 08-21-2019

*Andrei Iancu*

Director of the United States
Patent and Trademark Office

